Philip S. Griffin
Attorney at Law
The Griffin Law Group
One World Trade Center
121 SW Salmon St., Suite 1100
Portland, Oregon USA 97221
Tel. 503.471.1306
Fax. 503.244.3264
Email: phil@griffinlawgroup.com

    Of Attorneys for Defendants Zuru, LLC, and
    Nicholas Mowbray, individual; and Zuru, Inc.
    and Zuru, Ltd. (Hong Kong); and Zuru, Ltd.
    (New Zealand)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ZING TOYS, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>  vs.<br>ZURU, LLC, an Oregon limited liability company, ZURU LIMITED (Hong Kong), ZURU LIMITED (New Zealand), ZURU, INC., ANNA JANE MOWBRAY, an individual; MATTHEW PETER MOWBRAY, an individual; and NICHOLAS JAMES MOWBRAY, an individual; and JOHN DOES 1 – 10,<br><br>    Defendants | Case No.  CV10-863-MO<br><br>**ZURU, LTD'S (NEW ZEALAND) MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(2).**<br><br>**Request for Oral Argument** |

### LR 7(a) CERTIFICATION

      The parties have made a good faith effort through telephone conferences to discuss the issues in the motions, presented below, and to attempt to resolve their disputes but have been unable to do so.

ZURU, LTD.'S (NEW ZEALAND) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

(Fed. R. Civ. P. 12(b)(2))

QUESTION TO BE DECIDED

Is Zuru, Ltd., a New Zealand company with no contacts with the United States, subject to personal jurisdiction in this matter?

MOTION

Zuru, Ltd. (New Zealand), a non-U.S. company, is being required to defend itself in a forum country with which it has no contacts and in a matter in which it has taken no action. As such, Zuru, Ltd. (New Zealand) respectfully moves the Court for dismissal due to lack of personal jurisdiction. This motion is supported by Fed. R. Civ. P. 12(b)(2) the *Legal Memorandum in Support of Zuru, Ltd.'s (Zew Zealand) Motions to Dismiss*, and the *Declaration of Matthew Mowbray*, filed herewith.

DATED this   21st    day of December, 2010.

THE GRIFFIN LAW GROUP

s/ Philip S. Griffin

_____
GRIFFIN LAW GROUP
Philip S. Griffin
OSB #87232
Tel.  503. 471.1306
Fax. 503.244.3264
phil@griffinlawgroup.com
Of attorneys for Zuru, LLC

## CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2010, the foregoing **ZURU, LTD'S (NEW ZEALAND) MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(2)** was filed electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                s/ Philip S. Griffin
                                                _____
                                                Philip S. Griffin
                                                GRIFFIN LAW GROUP
                                                OSB #87232
                                                Tel.  503. 471.1306
                                                Fax. 503.244.3264
                                                phil@griffinlawgroup.com
                                                Of attorneys for Zuru, LLC